RECEIVED
AUG 11 2014
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Douglas E. Arpert |
| v. | : Mag. No. 14-2511 |
| BRIDGETT COATES | : <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Molly Lorber, Assistant U.S. Attorney, appearing), and defendant Bridgett Coates. (by Brian Reilly, Esquire, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), both the United States and the defendant request this continuance so that counsel can review the information in the case and the parties can engage in plea negotiations and thereby avoid a possible trial; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   Both the United States and the defendant desire additional time for counsel for the defendant to review information related to this case and to engage in plea negotiations, which may render any grand jury proceedings and any subsequent trial of this matter unnecessary

1

(2) Defendant has consented to the continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 12th day of Aug., 2014,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from August 11, 2014; and it is further

ORDERED that the period from August 11, 2014 through October 10, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

2

Consented and Agreed to by:

_____
Brian Reilly, Esquire
Counsel for defendant Bridgett Coates

PAUL J. FISHMAN
UNITED STATES ATTORNEY

_____
By: Molly S. Lorber
Assistant U.S. Attorney

_____
Harvey Bartle
Assistant U.S. Attorney

3